**FILTROL CORPORATION, Plaintiff and Appellee,**

v.

**The SLICK CORPORATION et al., Appellants.**

**No. 25405.**

United States Court of Appeals, Ninth Circuit.

Aug. 4, 1970.

Everett B. Clary (argued), of O'Melveny & Myers, Los Angeles, Cal., for appellant.

Moses Lasky (argued), of Brobeck, Phleger & Harrison, San Francisco, Cal., for appellee.

Before CHAMBERS and KOELSCH, Circuit Judges, and POWELL, District Judge.

PER CURIAM:

The decision of the district court granting a temporary injunction is affirmed. The provisions seem reasonable as intermediate relief.

We do not reach the question of whether the provisions of the temporary injunction would be appropriate if there ultimately is found to be a violation of the Clayton Act.

**UNITED STATES of America, Plaintiff and Appellee,**

v.

**Thomas Henry LOGAN, Appellant.**

**No. 24130.**

United States Court of Appeals, Ninth Circuit.

Aug. 5, 1970.

Robert W. Lyons (argued), of Goldstein, Barceloux & Goldstein, San Francisco, Cal., for appellant.

Larry S. Flax (argued), Asst. U. S. Atty., Robt. L. Meyer, U. S. Atty., David R. Nissen, Chief, Criminal Division, Los Angeles, Cal., for appellee.

Before CHAMBERS and MERRILL, Circuit Judges, and POWELL, District Judge.

PER CURIAM:

The judgment of conviction is affirmed.